In the Matter of the Claim of ROSE C. HAWKINS, Respondent, against. OLIVER RAYNOR et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.

Submitted May 20, 1941; decided June 12, 1941.

*Frank L. Ward* for appellants.

*David Rosenberg* and *Abraham L. Doris* for claimant, respondent.

*John J. Bennett, Jr.,* Attorney-General (*Joseph A. McLaughlin, Roy Wiedersum* and *Isaac Frank* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.; LEHMAN, Ch. J., dissents on the ground that the undisputed evidence establishes that at the time of the accident the claimant was engaged in repairing a small boat in waters which, as matter of law, are navigable, and that, therefore, the Workmen's Compensation Law of the State of New York has no application.